Dismissed and Memorandum Opinion filed May 17, 2007








Dismissed
and Memorandum Opinion filed May 17, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00195-CV

____________

 

BAY AREA AND HIGHWAY THREE LTD.,
F/K/A BAY AREA AND 

HIGHWAY THREE, INC.,
Appellant

 

V.

 

KS MANAGEMENT SERVICES L.L.P.,
Appellee

 



 

On Appeal from the
234th District Court

Harris County, Texas

Trial Court Cause No.
2003-61871

 



 

M E M O R A N D U M   O P I N I O N








This is
an appeal from a judgment signed December 4, 2006.  The notice of appeal was
filed on March 2, 2007.  To date, our records show that appellant has neither
established indigence nor paid the $125.00 appellate filing fee.  See Tex. R. App. P. 5 (requiring payment
of fees in civil cases unless indigent); Tex. R. App. P. 20.1
(listing
requirements for establishing indigence); see also Order Regarding Fees
Charged in Civil Cases in the Supreme Court and the Courts of Appeals, Misc.
Docket No. 98-9120 (Tex. Jul. 21, 1998) (listing fees in court of appeals); Tex. Gov=t Code Ann. ' 51.207 (Vernon
2005) (same). 

After being given the requisite ten-days= notice that this
appeal was subject to dismissal, appellant did not respond.  See Tex. R. App. P. 42.3.  Accordingly, the appeal is ordered
dismissed.  See Tex. R. App. P. 42.3(c)
(allowing
involuntary dismissal of case because
appellant has failed to comply with notice from clerk requiring response or
other action within specified time).  

 

PER CURIAM

 

 

Judgment rendered and Memorandum Opinion filed May 17,
2007.

Panel consists of Justices Anderson, Fowler, and
Frost.